UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 24-88 JMB/DJF

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) 18 U.S.C. § 111(a)(1) |
| v. | ) 18 U.S.C. § 111(b) |
| BRIAN KEITH MOSLEY | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Assaulting a Federal Officer)

On or about December 21, 2023, in the State and District of Minnesota, the defendant,

**BRIAN KEITH MOSLEY,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 114, to wit: N.B., a special agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives, who was engaged in official duties, and in doing so and caused physical contact and inflicted bodily injury; all in violation of Title 18, United States Code, Section 111.



SCANNED
APR 02 2024
U.S. DISTRICT COURT MPLS

*United States v. Brian Keith Mosley*

A TRUE BILL

| _____ | _____ |
|---|---|
| UNITED STATES ATTORNEY | FOREPERSON |